# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **DERRICK B. JACKSON,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 5:08-cv-385 (HL) |
| | : | |
| **OFFICER JOE KUMP,** | : | |
| **McINTYRE POLICE DEPT.,** | : | |
| | : | |
| Defendant. | : | |

_____

## ORDER

Derrick B. Jackson has filed a civil rights action in this Court.  Jackson did not pay a filing fee at the time he filed his complaint.  In the body of his complaint, he asks that he be allowed to proceed without prepayment of fees.  However, he does not offer any information with respect to his ability to pay.

The United States Code authorizes the commencement of a civil action without prepayment of fees.  28 U.S.C.A. § 1915(a)(1) (West).  However, a person seeking to initiate a lawsuit in federal court without prepayment of fees is required to provide financial information to the Court that is sufficiently detailed to enable the Court to determine whether he is able to pay all, or any part, of the required filing fee.  Moreover, such individual is required to provide the information in a sworn affidavit given under penalty of perjury.

If Jackson wishes to proceed without prepayment of fees, he should fully

complete the Affidavit that is used by this Court.  The Clerk is directed to attach a copy of that Affidavit to this Order and serve it upon Jackson.  Before the Court will consider Jackson's request to proceed without prepayment of fees, he must complete and sign the Affidavit under penalty of perjury, and return it to the office of the Clerk of Court.  In the alternative, Jackson may pay the entire $350.00 filing fee.

Jackson shall have thirty (30) days from the date of service of this Order to file a completed Affidavit or to pay the entire filing fee. Failure to comply with this Order shall result in the dismissal of Plaintiff's complaint. There shall be no service of process in this case until further order of the Court..

**SO ORDERED**, this the 12th day of November, 2008.


*s/  Hugh Lawson*
**HUGH LAWSON, JUDGE**

mls